# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

August 5, 2015

Erik Haas
Partner
(212) 336-2117
ehaas@pbwt.com

**By Fax**

The Honorable Eduardo C. Robreno
U.S. District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse, Room 15614
601 Market Street
Philadelphia, PA 19106

Re: Request for Time To Finalize Settlement Agreement in *Janssen Biotech, Inc. et al. v. BTG Int'l Ltd.*, 15-cv-854 (ECR)

Dear Judge Robreno:

We represent Plaintiffs in the above-referenced case. The Court approved a stipulation between the parties to stay the case pending settlement negotiations until today, August 5, 2015. ECF No. 26. When it did so, the Court stated that no further stays would be granted. *Id.*

The parties have been diligently negotiating and have reached an agreement in principle to settle the case. We respectfully write to request a brief additional stay of one week, until August 12, 2015, so the parties can finalize the settlement agreement.

Defendant BTG has consented to the request for additional time to finalize the settlement agreement.

We are available to discuss this issue with the Court via teleconference if Your Honor has any questions or would like additional information. If the brief additional stay is acceptable to the Court, we respectfully ask that the Court so-order this letter.

*Order — Request for stay Denied*

So Ordered: [signature] J.

Respectfully submitted,

[signature]

Erik Haas

8/6/15

8130037v.1

# FAX COVER SHEET

| | |
|---|---|
| TO | The Honorable Eduardo C. Robreno |
| COMPANY | U.S. Dist. Ct. for the E.D. Pa. |
| FAX NUMBER | 12672995113 |
| FROM | Lindsay Breedlove |
| DATE | 2015-08-05 23:24:31 EDT |
| RE | Janssen Biotech v. BTG IntÃ¢â |

## COVER MESSAGE

Please see the attached correspondence.