```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JANSSEN BIOTECH, INC. et al.,    :    CIVIL ACTION
                                 :    NO. 15-854
          Plaintiffs,            :
                                 :
     v.                          :
                                 :
BTG INTERNATIONAL LTD.,          :
                                 :
          Defendant.             :
```

## O R D E R

**AND NOW**, this **6th** day of **August, 2015,** the Court having denied Plaintiffs' letter request for an additional stay in this case, it is hereby **ORDERED** that Defendant shall file an Answer, or otherwise respond, to the First Amended Complaint (ECF No. 3) by **August 17, 2015**.

**AND IT IS SO ORDERED.**

                              /s/ Eduardo C. Robreno
                              EDUARDO C. ROBRENO, J.