UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANSSEN BIOTECH, INC. and JANSSEN ONCOLOGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BTG INTERNATIONAL LTD., <br><br> Defendant. | Civil Action No. 2:15-cv-00854 |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among Janssen Biotech, Inc. ("JBI") and Janssen Oncology, Inc. ("JOI," together with JBI, "Janssen") and BTG International Ltd. ("BTG"), through their respective undersigned counsel, that all claims brought by Janssen against BTG are hereby voluntarily dismissed with prejudice and without costs to any party pursuant to Fed. R. Civ. P. 41(a).

Dated: August 17, 2015

By:    /s/ Lisa Pirozzolo
    Lisa Pirozzolo
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6388

Howard D. Scher
BUCHANAN INGERSOLL & ROONEY PC

By:    /s/ Erik Haas
    Erik Haas
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

Robin P. Sumner
PEPPER HAMILTON LLP
3000 Two Logan Square

8146294v.1

-2-

| | |
|---|---|
| Two Liberty Place<br>Philadelphia, PA 19102-2555<br>(215) 665-3920<br><br>*Attorneys for Defendant BTG International Ltd.* | Philadelphia, Pennsylvania 19103-2799<br>(215) 981-4652<br><br>*Attorneys for Plaintiffs Janssen Biotech Inc. and Janssen Oncology, Inc.* |

It is so ordered:

_____
Hon. Eduardo C. Robreno
United States District Court Judge